**Order entered March 26, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01383-CV

**US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2004-4, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2004-4, Appellant**

**V.**

**DEMETRIA AMARO AND ALL OTHER OCCUPANTS OF 311 NORTH RAVINIA DRIVE, DALLAS, TEXAS 75211, Appellees**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-12-04360-A**

## ORDER

Before the Court are appellees' motion to dismiss for mootness and Gagandeep K. Seth's motion to withdraw as counsel for appellees. We **DIRECT** appellant to file a response to the motion to dismiss no later than April 7, 2014. We **GRANT** the motion to withdraw and **DIRECT** the Clerk of the Court to remove Ms. Seth as appellees' counsel of record. We further **DIRECT** the Clerk to send appellees a copy of this order and direct all future communications with appellees to:

    801 S. Madison Avenue, Apt. No. 144
    Dallas, Texas 75208

(214) 289-0456.

Pending this Court's determination of appellees' motion to dismiss, the deadline for filing appellees' brief on the merits is suspended.

/s/ ELIZABETH LANG-MIERS
JUSTICE